**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CR00500JAR |
| ) | |
| JANISE NICHOLE LAMPLEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

   **IT IS HEREBY ORDERED** that the sentencing as to Defendant **Janise Nichole Lampley** is set for **Tuesday, February 9, 2016 at 10:00 a.m.**

   **IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report is **January 26, 2016**.

   **IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of the Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request.

   **IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

   **IT IS FINALLY ORDERED** that the parties must file any memoranda no later than seven (7) days before the sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

Dated this 5th day of November, 2015.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**